**Motion Granted and Order filed November 15, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00967-CV
NO. 14-12-01008-CV

_____

**KINGS RIVER TRAIL ASSOCIATION, INC. and KINGS RIVER VILLAGE COMMUNITY ASSOCIATION, INC., Appellants/Cross-Appellees**

**V.**

**PINEHURST TRAIL HOLDINGS, LLC, Appellee/Cross-Appellant**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2010-30418**

---

## ORDER

On October 23, 2012, Kings River Trail Association, Inc. and Kings River Village Community Association, Inc. [Kings River] filed a notice of appeal from the trial court's judgment signed July 25, 2012, and the appeal was assigned to this court and docketed under our number 14-12-00967-CV. On October 29, 2012, Pinehurst Trail Holdings,

LLC [Pinehurst] filed a notice of cross-appeal from the same judgment, and the appeal was assigned to this court and docketed under our number 14-12-01008-CV.

On November 7, 2012, Pinehurst filed a motion to consolidate the appeals, asking that its cross-appellant's brief be filed at the same time as its appellee's brief. Kings River filed a response in partial opposition to Pinehurst's motion. Kings River agrees to the consolidation, but asks that both appellant's briefs be ordered filed on the same day, with both side's responsive and reply briefs due at the same time. In addition, King River asks that each appellant be granted the full page limits set forth in Texas Rule of Appellate Procedure 38.4.

We **GRANT** the motion and issue the following order:

The appeals docketed under our case numbers 14-12-00967-CV and 14-12-01008-CV are ordered **CONSOLIDATED.** The filing deadlines in case number 14-12-00967-CV will apply to both cases. All documents filed from this date forward are to be filed in appellate case number 14-12-00967-CV, but any documents filed or extensions of time granted in one case will apply to both. **The aggregate of all briefs filed by each party shall not exceed 27,000 words if computer-generated or 90 pages if not computer-generated.** *See* Tex. R. App. P. 9.4(i)(2)(B) (amended eff. Dec. 1, 2012). The parties may allocate the word/page limits among their briefs as they desire. The court sets forth the following briefing schedule:

> 1. Appellant's brief on behalf of Kings River shall be due 30 days after the record has been filed, subject to any extensions of time that may be granted;
>
> 2. A combined Appellee's/Cross-Appellant's brief on behalf of Pinehurst shall be due 30 days after the Kings River appellant's brief has been filed, subject to any extensions of time that may be granted;
>
> 3. A combined Cross-Appellee's/Reply brief on behalf of Kings River shall be due 30 days after the Pinehurst Appellee's/Cross-Appellant's brief has been filed, subject to any extensions of time that may be granted; and
>
> 4. A Reply brief on behalf of Pinehurst shall be due 20 days after the Kings River Cross-Appellee's/Reply brief has been filed, subject to any extensions of time that may be granted.

It is so **ORDERED.**

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.